FOLGER and another *against* HOOGLAND.

EVERTSON, for the defendant, moved to set aside the attachment issued in this cause against *Joseph C. Field*, esquire, sheriff of *Dutchess* county.

Before an attachment issues against a sheriff, the proceedings are to be entitled in the names of the parties in the suit; but after the granting of the attachment, the proceedings must be entitled in the name of the *people*.

*Talbot*, contra, objected, that the affidavit was erroneously entitled in the original suit. It should have been in the name of the sheriff, at the suit of the people.

*Per Curiam.* The rule is, that until the attachment is granted, the proceedings are entitled in the names of the parties in the civil suit; but after the attachment has been granted, all the proceedings must be in the name of the *people*. (3 *Term Rep.* 133. 7 *Term Rep.* 439. 528. 2 *East*, 182.)